UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SAMM, LLC, a Montana limited liability company; SPARKS, INC., a Montana corporation; SAM AND MICHELLE SPARKS, Partners DBA Elite Mechanical, an Alaska Partnership, and Samuel and Michelle Sparks, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; THE OHIO CASUALTY INSURANCE COMPANY, a New Hampshire Corporation; and OHIO SECURITY INSURANCE COMPANY, a New Hampshire Corporation,<br><br>Defendants. | CV-18-115-BLG-SPW-TJC<br><br>ORDER |

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS HEREBY ORDERED:

1. The case remains assigned to the Honorable Susan P. Watters, United States District Judge, for all further proceedings and entry of judgment.

2. Pursuant to 28 U.S.C. §636(b)(1)(B), the case is referred to the

Honorable Timothy J. Cavan, United States Magistrate Judge, who will conduct all necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. §636(b)(1)(A).

3. The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 24th day of October, 2018.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge