IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SAMM, LLC, a Montana limited liability company; SPARKS, INC., a Montana corporation; SAM AND MICHELLE SPARKS, Partners DBA Elite Mechanical, an Alaska Partnership, and Samuel and Michelle Sparks, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; THE OHIO CASUALTY INSURANCE COMPANY, a New Hampshire Corporation; and OHIO SECURITY INSURANCE COMPANY, a New Hampshire Corporation,<br><br>Defendants. | CV 18-115-BLG-SPW-TJC<br><br>**ORDER** |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

/ / /

IT IS FURTHER ORDERED that the preliminary pretrial conference currently set for January 15, 2019 and all associated deadlines are VACATED.

**IT IS ORDERED.**

DATED this 4th day of December, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge