FILED

DEC 28 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| SAMM, LLC, a Montana limited liability company; SPARKS, INC., a Montana corporation; SAM AND MICHELLE SPARKS, Partners DBA Elite Mechanical, an Alaska Partnership, and Samuel and Michelle Sparks, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; THE OHIO CASUALTY INSURANCE COMPANY, a New Hampshire Corporation; and OHIO SECURITY INSURANCE COMPANY, a New Hampshire Corporation,<br><br>Defendants. | CV 18-115-BLG-SPW-TJC<br><br>ORDER |

Upon Stipulation for Dismissal with Prejudice (Doc. 15) between the parties hereto, by and between their counsel of record,

1

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees.

DATED this 28th day of December, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge